```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HUA TIAN,
*on behalf of himself and others similarly situated,*

                       Plaintiff,

-against-

NEW OOKI SUSHI, INC.
d/b/a Ooki Sushi Japanese Cuisine & Bar,
XIN SHU LIU, a/k/a "John" Lin,
JOHN KE, and "JOHN DOE",

                       Defendants.

---

Civil Case No. 20-cv-1950

**CLERK'S CERTIFICATE**
**OF DEFAULT**

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 03/05/2020 with the filing of a Summons and Complaint, a copy of the summons and complaint was served on defendants NEW OOKI SUSHI, INC. d/b/a Ooki Sushi Japanese Cuisine & Bar, XIN SHU LIU, a/k/a "John" Lin, JOHN KE, and "JOHN DOE" on 03/11/2020, by personally serving ERIC YU, MANAGER, *and proof of service was therefore filed on* 03/26/2020, Doc. #s 19, 20, 21, 22.

I further certify that the docket entries indicate that the defendants' have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is/are hereby noted.

Dated: New York, New York

       May 21 , 2020                RUBY J. KRAJICK
                                               Clerk of Court

                                         By: _____
                                                         **Deputy Clerk**