```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HUA TIAN, *on behalf of himself and other similarly*           :
*situated*,                                                    :
                                                               :         1:20-cv-1950-GHW
                                      Plaintiff,               :
                                                               :              ORDER
            -against -                                         :
                                                               :
NEW OOKI SUSHI, INC. *d/b/a* Ooki Sushi                        :
Japanese Cuisine & Bar, XIN SHU LIU *a/k/a*                    :
"John Liu", JOHN KE, and "JOHN DOE"                            :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a teleconference on June 15, 2020 at 11:00 a.m to discuss Dkt. No. 27. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

      Plaintiffs are directed to serve this order on all Defendants not represented by counsel and to retain proof of service.

      SO ORDERED.

Dated: June 11, 2020

                                                GREGORY H. WOODS
                                           United States District Judge