UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

<table>
<tr><td>

HUA TIAN, *on behalf of himself and other similarly situated*,

Plaintiff,

-against -

NEW OOKI SUSHI, INC. *d/b/a* Ooki Sushi Japanese Cuisine & Bar, XIN SHU LIU *a/k/a* "John Liu", JOHN KE, and "JOHN DOE"

Defendants.
</td></tr>
</table>

--------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020
```

1:20-cv-1950-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As discussed during the June 15, 2020 conference, the motion to vacate the default judgment is due no later than June 30, 2020.  Plaintiff's opposition is due no later than July 7, 2020.  Any reply is due no later than July 10, 2020.

Plaintiffs are directed to serve this order on all Defendants not represented by counsel and to retain proof of service.

SO ORDERED.

Dated:  June 16, 2020

GREGORY H. WOODS
United States District Judge