USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                          :

HUA TIAN, *on behalf of himself and other similarly*    :
*situated*,                                      :
                          :

                         Plaintiff,    :

                 -against -         :

NEW OOKI SUSHI, INC. *d/b/a* Ooki Sushi    :
Japanese Cuisine & Bar, XIN SHU LIU *a/k/a*   :
"John Liu", JOHN KE, and "JOHN DOE"    :

                    Defendants.   :

---------------------------------------------------------------- X

1:20-cv-1950-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      The application at Dkt. No. 35 is denied without prejudice.  The proposed consent order does not comply with Local Rule 1.4 which requires, *inter alia*, that a request for leave to withdraw must include a "showing by affidavit or otherwise of satisfactory reasons for withdrawal" or a stipulation "signed by counsel, the counsel's client, and all other parties."  In the event that this application is renewed, the Court expects any subsequent application to be in full compliance with Local Rule 1.4.  As a practice point, often a substitution of counsel is accomplished when outgoing counsel files an application pursuant to Local Rule 1.4, and incoming counsel enters her notice of appearance in the case.

      Plaintiffs are directed to serve this order on all Defendants not represented by counsel and to retain proof of service.

      SO ORDERED.

      Dated:  July 7, 2020

                                           _____
                                             GREGORY H. WOODS
                                          United States District Judge