```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HUA TIAN, *on behalf of himself and other similarly*           :
*situated*,                                                    :
                                                               :         1:20-cv-1950-GHW
                                          Plaintiff,           :
                                                               :              ORDER
                     -against -                                :
                                                               :
NEW OOKI SUSHI, INC. *d/b/a* Ooki Sushi                        :
Japanese Cuisine & Bar, XIN SHU LIU *a/k/a*                    :
"JOHN" LIU, JOHN KE, and "JOHN DOE"                            :
                                                               :
                                          Defendants.          :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On September 10, 2020, the Court held a teleconference in this matter. For the reasons stated on the record during that conference, the parties are directed to confer regarding Plaintiff's anticipated motion for conditional certification and provide the Court with a status update on the parties' negotiations by no later than September 21, 2020. Should Plaintiff wish to file a motion for conditional certification after that date, the motion is due no later than September 30, 2020. Defendants' opposition is due no later than two weeks after service of the motion. Any reply is due no later than five days after service of the opposition.

      Furthermore, for the reasons stated on the record during the September 10, 2020 conference, if Defendants wish to file their anticipated motion for sanctions after satisfying the 21-day safe harbor under Fed. R. Civ. P. 11(c)(2), they are directed to first submit a letter to the Court requesting leave to file the motion.

      Plaintiff is directed to serve this order on all Defendants not represented by counsel and to

retain proof of service.

SO ORDERED.

Dated: September 10, 2020

_____
GREGORY H. WOODS
United States District Judge