UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUA TIAN, *on behalf of himself and others similarly situated*,

    Plaintiff,

-against-

NEW OOKI SUSHI, INC. d/b/a OOKI SUSHI JAPANESE CUISINE & BAR, et al.,

    Defendants.

20-CV-1950 (GHW) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/20

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has a settlement conference scheduled in this action on December 8, 2020, at 2:15 p.m. Although the Court has received a confidential settlement letter and acknowledgment form from plaintiff, submitted pursuant to the Court's Order Scheduling Settlement Conference (Order) dated October 27, 2020 (Dkt. No. 85), it has not received either from defendants. Nor is it clear to the Court that the parties have conducted a good-faith settlement discussion, which is also required by the Order. *See* Order ¶ 2.

    The parties must promptly meet and confer regarding settlement. After conferring, but no later than **December 4, 2020**, defendant shall submit the documents required by paragraphs 4 and 5 of the Order. If defendants fail to timely submit the required documents, the Court will adjourn the December 8 settlement conference.

Dated: New York, New York
       December 3, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**